UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,                                Case No: 1:12-cr-17

v.                                              HON. JANET T. NEFF

RAJU NAKUM,

               Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed October 16, 2012 by the

United States Magistrate Judge in this action.  The Report and Recommendation was duly served

on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge (Dkt 213) is APPROVED and

ADOPTED as the opinion of the Court.

2.  Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge

set forth in Count One of the Superseding Indictment.

3.  The written plea agreement is hereby continued under advisement pending sentencing.

Dated:  November 2, 2012                 /s/Janet T. Neff
                                          JANET T. NEFF
                                        UNITED STATES DISTRICT JUDGE